# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2023

### NO. 03-21-00389-CV

**Peter David Wagner d/b/a Preservation of Your Home and Educational Ministries, Appellant**

**v.**

**Texas Department of Savings and Mortgage Lending, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on May 12, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.